**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1254**

---

JERRY L. GENT,

Plaintiff - Appellant,

versus

THE DEPARTMENT FOR RIGHTS OF VIRGINIANS WITH
DISABILITIES,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.
(CA-96-155-A)

---

Submitted:  May 1, 1997

Decided:  May 8, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jerry L. Gent, Appellant Pro Se. Donald Renardo Ferguson, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his complaint alleging that he was denied services based on his disability. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gent v. Department for Rights of Virginians with Disabilities, No. CA-96-155-A (W.D. Va. Feb. 12, 1997). Further, we deny Appellant's request for appointed counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED